# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: **Nora Jean Yanc aka Nora Jean Askews aka Nora Jean Schneider**
        **Timothy J Yanc**

             **Debtor(s)**

**BK NO. 26-01588 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

                     Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
07 Jul 2026, 17:18:32, EDT

       KML Law Group, P.C.
       BNY Mellon Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA  19106
       215-627-1322

Document ID: 656f26c5c861f03bc0653e2b021a0094fcd3c0d07ac174677ca93e6c08e4f883