United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Timothy J Yanc, Sr.

Nora Jean Yanc

    Debtors

Case No. 26-01588-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1                      User: AutoDocke                   Page 1 of 2

Date Rcvd: Jul 28, 2026               Form ID: pdf010                   Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5813406 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2026 19:00:05 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026                  Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 2 Nora Jean Yanc DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 1 Timothy J Yanc  Sr. DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Nora Jean Yanc kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |

Kara Katherine Gendron

on behalf of Debtor 1 Timothy J Yanc  Sr.
kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendr
on@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com

Maggie Soboleski

on behalf of Creditor MIDFIRST BANK msoboleski@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                     :

                          :    CASE NO. 1:26-bk-01588-HWV

TIMOTHY J YANC, SR. and NORA JEAN   :
YANC, aka NORA JEAN ASKEWS, aka    :
NORA JEAN SCHNEIDER,           :

                          :    CHAPTER 13

        Debtors.              :

                          :

TIMOTHY J YANC, SR. and NORA JEAN   :
YANC, aka NORA JEAN ASKEWS, aka    :
NORA JEAN SCHNEIDER,           :

        Movants,            :

        v.                   :

PINNACLE CREDIT SERVICES, LLC,    :

        Respondent.          :

## ORDER

Upon consideration of the Debtors' Objection to Proof of Claim #7 filed by Pinnacle Credit Services, LLC, Doc. 18, and no responses having been filed, it is

**ORDERED** that the Objection is **SUSTAINED** and Claim #7 is disallowed.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 28, 2026