United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Timothy J Yanc, Sr.
Nora Jean Yanc
Debtors

Case No. 26-01588-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1 | User: AutoDocke | 
Date Rcvd: Aug 12, 2026 | Form ID: pdf010 | Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5813407 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 19:01:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Timothy J Yanc Sr. DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 2 Nora Jean Yanc DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Nora Jean Yanc kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |

| | |
|---|---|
| Kara Katherine Gendron | on behalf of Debtor 1 Timothy J Yanc Sr.<br>kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Maggie Soboleski | on behalf of Creditor MIDFIRST BANK msoboleski@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:**<br>**TIMOTHY J YANC, SR**<br>**NORA JEAN YANC,**<br>**Debtors** | : | **CHAPTER 13**<br><br>**CASE NO. 1:26-bk-01588-HWV** |
| **TIMOTHY J YANC, SR**<br>**NORA JEAN YANC,**<br>**Movants**<br>**v.**<br>**LVNV FUNDING LLC,**<br>**Respondent/Claimant** | : | **OBJECTION TO CLAIM # 10** |

**ORDER**

Upon consideration of the Debtors' Objection to Proof of Claim #10 filed by LVNV Funding LLC, Doc. 20, and no responses having been filed, it is

**ORDERED** that the Objection is **SUSTAINED** and Claim #10 of the Respondent is disallowed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 12, 2026