IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>TIMOTHY J YANC, SR,<br>NORA JEAN YANC,<br>Debtor | :<br>:<br>:<br>: | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | :<br>:<br>:<br>: | |
| vs. | : | CASE NO. 1:26-BK-01588-HWV |
| TIMOTHY J YANC, SR,<br>NORA JEAN YANC,<br>Respondent | :<br>:<br>:<br>: | |

**TRUSTEE'S MOTION TO DISMISS CASE**
**IN ACCORDANCE WITH §§ 1307 AND 1326**

AND NOW, on September 3, 2026, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for Material Default under 11 U.S.C Section 1307(c) with respect to the terms of the plan and the following reasons:

1. On June 2, 2026, Debtor filed a Petition under Chapter 13 of the Bankruptcy Code. (ECF No. 1).

2. Debtor was therefore required to commence payments on or before July 2, 2026.

3. Debtor filed the Chapter 13 Plan on June 2, 2026, citing payments which were to have commenced in July 2026 in the amount of $645.00 to be paid to the Trustee monthly. (ECF No. 8).

4. Debtor filed First Amended Chapter 13 Plan on June 10, 2026, citing payments which were to have commenced in July 2026 in the amount of $645.00 to be paid to the Trustee monthly. (ECF No. 16).

5. As of the date of this filing, Debtor has not yet commenced payments.

6. Debtor is delinquent $1,290.00

7. Accordingly, the Trustee believes and therefore avers Debtor has failed and/or refused to make payments.

8. Pursuant to § 1326(a)(1), "unless the court orders otherwise, the debtor shall commence making payments no later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier, in the amount- (A) proposed by the plan to the trustee."

9. Pursuant to § 1307(c)(1), the court may dismiss a case for unreasonable delay by the debtor that is prejudicial to creditors. The Debtor's failure to commence payments here is prejudicial to creditors.

10. Finally, pursuant to §1307(c)(4), the court may dismiss a case for failure to commence payments under §1326.

WHEREFORE, the Trustee respectfully requests that this Honorable Court dismiss the case in accordance with §§ 1307 and 1326 and grant any further relief that is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Douglas R. Roeder
Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>TIMOTHY J YANC, SR,<br>NORA JEAN YANC,<br>Debtor | :<br>:<br>:<br>: | <br>CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | :<br>:<br>:<br>:<br>: | |
| vs. | : | CASE NO. 1:26-BK-01588-HWV |
| TIMOTHY J YANC, SR,<br>NORA JEAN YANC,<br>Respondent | :<br>:<br>:<br>: | |

**NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania filed a Motion to Dismiss on September 3, 2026.

You are hereby noticed that a hearing with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

A hearing has been scheduled at:

Sylvia H. Rambo United States Courthouse
Bankruptcy Courtroom 4B, 4th Floor
1501 North 6th Street
Harrisburg, PA 17102

Date: October 7, 2026
Time: 9:35 AM

and will be held regardless of any objections or responses having been filed.

Respectfully submitted,

Date: September 3, 2026

/s/ Douglas R. Roeder, Esquire
ID: 80016
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: info@pamd13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| TIMOTHY J YANC, SR, | : | CHAPTER 13 |
| NORA JEAN YANC, | : | |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | CASE NO. 1:26-BK-01588-HWV |
| | : | |
| TIMOTHY J YANC, SR, | : | |
| NORA JEAN YANC, | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on September 3, 2026, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101

UNITED STATES TRUSTEE
PO BOX 302
1501 NORTH 6TH STREET
HARRISBURG, PA 17102

Served by First Class Mail

TIMOTHY J YANC, SR.
NORA JEAN YANC
177 TORY CIRCLE
ENOLA, PA 17025

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 3, 2026;

/s/ Ashley Schott
Office of the Standing
Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone:(717)566-6097
Email: info@pamd13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| TIMOTHY J YANC, SR, | : | CHAPTER 13 |
| NORA JEAN YANC, | : | |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | CASE NO. 1:26-BK-01588-HWV |
| | : | |
| TIMOTHY J YANC, SR, | : | |
| NORA JEAN YANC, | : | |
| Respondent | : | |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application