# MOTT & GENDRON LAW

***Attorneys and Counselors at Law***

Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

September 24, 2026

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re: Timothy J Yanc, Sr & Nora Jean Yanc
BANKRUPTCY CASE NO:1:26-bk-01588

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

GLOBAL LENDING SERVICES LLC
ATTN: BANKRUPTCY
PO BOX 10437
GREENVILLE, SC 29603-0000

to:

GLOBAL LENDING SERVICES LLC
ATTN: CEO/PRESIDENT
ATTN: BANKRUPTCY
PO BOX 10437
GREENVILLE, SC 29603-0000

Please remove old address from the mailing matrix.

Thank you for your attention to this matter.

Sincerely,

*/ s/* Kara K. Gendron