UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>TIMOTHY J YANC, SR.<br>NORA JEAN YANC<br>Debtors<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>TIMOTHY J YANC, SR.<br>NORA JEAN YANC<br>Respondents | CHAPTER 13<br><br>CASE NO. 1:26-BK-01588-HWV |

**TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN**

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtors' plan for the following reason(s):

1. Trustee avers that Debtors' Plan is not feasible based upon the following: a) Debtor is unable to make payments under the Plan, contrary to § 1325(a)(6). Further, Debtor #1's income is estimated; and b) Secured claim #19 is not in the Plan.

2. Debtors' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtors have access to non-exempt equity in the following: The plan should provide for any nonexempt proceeds from the Debtors' wrongful termination claim to be paid to the Trustee.

3. Trustee avers that Debtors' Plan is not feasible based upon the following: The Plan is underfunded relative to claims to be paid.

4. The Plan has not been served as required by LR 3015-1(b) as to the creditors listed in Paragraphs 2E and 2G of the Plan, specifically as to Global Lending.

5. Trustee provides notice to the Court as to the ineffectiveness of Debtors' Chapter 13 Plan for the following reasons: Clarification of Debtors' counsel fees which are in conflict with the 2016(b) Statement.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtors' plan.
b. Dismiss or convert Debtors' case.
c. Provide such other relief as is equitable and just.

Dated: October 02, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101

Dated: October 02, 2026

/s/ Tanya Scannelli

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee